**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| MR. IRVING JEFFERSON, | : | No. 34 EAP 2019 |
| | : | |
| Appellant | : | Appeal from the Order entered on |
| | : | August 22, 2019 in the |
| | : | Commonwealth Court at No. 645 |
| v. | : | MD 2018 |
| | : | |
| | : | |
| SECRETARY JOHN WETZEL; | : | |
| DEPARTMENT OF CORRECTIONS, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                              **DECIDED:  April 22, 2020**

AND NOW, this 22nd day of April, 2020, the order of the Commonwealth Court is

**AFFIRMED**.